UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL ACTION NO.: |
| Plaintiff, | HONORABLE: |
| vs. | |
| ANNIE D. FIELDS, A.K.A. ANNIE D. BENSON, A.K.A. ANNIE FIELDS, | |
| Defendant. | |

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

2. The defendant is a resident of Wayne County, Michigan within the jurisdiction of this Court and may be served with service of process at 11645 Grayton St., Detroit, MI 48224.

### The Debt

3. The debt owed to the United States of America is as follows:

| | | |
|---|---|---:|
| A. | Current Principal *(after application of all prior payments, credits, and offsets)* | $900.00 |
| B. | Current Capitalized Interest Balance and Accrued Interest | $441.03 |
| C. | Administrative Fee, Costs, Penalties | $0.00 |
| D. | Credits previously applied *(Debtor payments, credits, and offsets)* | $0.00 |
| | Total Owed | **$1,341.03** |

The Certificate of Indebtedness, which is attached to Plaintiff's Complaint, shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 3% per annum.

### **Failure to Pay**

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, United States of America prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 and that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

SHERMETA, ADAMS & VON ALLMEN, P.C.

Dated: April 20, 2011          By:   s/ Deborah A. Winslow
                                     Deborah A. Winslow (P63179)
                                     Attorneys for Plaintiff
                                     P.O. Box 80883
                                     Rochester, Michigan  48308
                                     Telephone No.: (248) 519-1700
                                     Facsimile No.: (248) 519-1701
                                     dwinslow@shermeta.com

2011A27771

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 1

ANNIE D FIELDS
aka: ANNIE D BENSON
aka: ANNIE FIELDS

DETROIT, MI
Account No. XXXXX8321

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 12/13/10.

On or about 09/08/75 the borrower executed promissory note(s) to secure loan(s) of $300.00, $300.00 & $300.00 from Wayne County Community College at 3.00 percent interest per annum. The institution made the loan under the Federally- funded National Defense/Direct Student Loan, now Perkins Student Loan, programs authorized under Title IV-E of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087aa et seq. (34 C.F.R Part 674). The institution demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 02/02/82. Due to this default, the institution assigned all rights and title to the loan to the Department of Education.

After the institution credited all cancellations due and payments received, the borrower owed the school $900.00 principal and $189.00 interest. This principal and interest, together with any unpaid charges, totaled $1,089.00. The loan was assigned to the Department on 02/12/86.

Since assignment of the loan, the Department has credited a total of $650.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $900.00 |
| Interest: | $431.56 |
| Total debt as of 12/13/10: | $1,331.56 |

Interest accrues on the principal shown here at the rate of $0.07 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 1/3/11

Loan Analyst
Litigation Support

Peter La Roche
Loan Analyst